# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 19, 2014

## NO. 03-13-00189-CV

**Hunt County Community Supervision and Corrections Department, Appellant**

**v.**

**Christina Gaston, Appellee**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE**
**REVERSED AND DISMISSED ON MOTION FOR REHEARING --**
**OPINION BY JUSTICE PEMBERTON;**
**DISSENTING OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the order signed by the district court on February 5, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. We therefore order that the motion for rehearing filed by appellee, Christina Gaston is overruled; that the opinion, dissenting opinion, and judgment dated August 6, 2014, are withdrawn; and that the Court reverses the district court's order denying HCCSCD's plea to the jurisdiction, grants the plea, and dismisses Gaston's suit for want of subject-matter jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.